# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

_Tampa_ Division

## CIVIL RIGHTS COMPLAINT FORM

Dwaine B Copeland

CASE NUMBER: 8 09 CV 2584 T30 TBM
(To be supplied by Clerk's Office)

(Enter full name of each Plaintiff and prison number, if applicable)

v.

Officer Micheal Page
And
Bradenton Police Department

(Enter full name of each Defendant. If additional space is required, use the blank area directly to the right).

## ANSWER ALL OF THE FOLLOWING QUESTIONS:

I. **PLACE OF PRESENT CONFINEMENT:** Port Manatee Jail
(Indicate the name and location)
Manatee County

II. **DOES YOUR COMPLAINT CONCERN EVENTS IN A STATE PRISON FACILITY WITHIN THE FLORIDA DEPARTMENT OF CORRECTIONS?** Yes ( ) No (✓)

[If your answer is YES, after reviewing the exhaustion requirements, answer the following questions]

DC 225 (Rev. 9/03)

1

<u>EXHAUSTION OF ADMINISTRATIVE REMEDIES</u>: Pursuant to the Prison Litigation Reform Act or 1995, Title VIII, Section 803 Amendments to Civil Rights of Institutionalized Persons Act, exhaustion of administrative remedies is required in any action brought with respect to prison conditions under 42 U.S.C. § 1983, or any other federal law, by a prisoner confined in any jail, prison, or other correctional facility. Any required grievances, appeals, and responses must be submitted to the Court to verify exhaustion. (If your Complaint concerns conditions at state prison facilities, you must answer the following questions in Section II of this form. If the Complaint concerns conditions at a county jail or local correctional facility, you must complete Section III of this form.)

<u>EXHAUSTION STEPS ORDINARILY REQUIRED FOR COMPLAINTS ABOUT CONDITIONS AT STATE PRISON FACILITIES</u>:

<u>General Grievance</u>

1. Informal Grievance (Form DC3-005)
2. Formal Grievance (Form DC1-303)
3. Appeal to the Office of Secretary (Form DC1-303)

<u>Other Grievance</u>

Inmates are not required to utilize the informal Grievance process in the case of an emergency grievance, a grievance of reprisal, a grievance of a sensitive nature, a grievance alleging violation of the Americans with Disabilities Act, a medical grievance, a grievance involving admissible reading material, a grievance involving gain time governed by rule 33-11.0065 Incentive Gain Time, or a grievance involving disciplinary action (does not include corrective consultations) governed by chapter 33-22. The grievance steps are set forth in Fla. Admin. Code Chapter 33-29.

<u>Questions:</u>

A. <u>Emergency Grievance, Grievance of Reprisal, or Grievance of a Sensitive Nature, Grievance Alleging Violation of the American with Disabilities Act, Medical Grievance, Grievance, Grievance Involving Admissible Reading Material, Grievance Involving Gain Time Governed by Rule 33-11.0065 Incentive Gain Time, or Grievance Involving Disciplinary Action Governed by Chapter 33-22</u> (Request for Administrative Remedy or Appeal, bypassing the informal grievance step).

   1. Did you submit an above-mentioned grievance to the Superintendent and/or to the office of Secretary (Form DC1-303)? Yes ( ) No (✓)

   2. If so, you must attach a copy of the grievance and response to this Complaint form.

   3. Were you denied emergency status? Yes ( ) No (✓)

      a. If so, did you go through the informal grievance, formal grievance and appeal process? Yes ( ) No (✓)

      b. If so, you must attach copies of the grievance/appeals and responses to this Complaint form.

B. <u>Informal Grievance</u> (Request for Interview)

DC 225 (Rev. 9/03)                                   2

1. Did you submit an informal grievance (Form DC3-005)? Yes ( ) No (✓)

2. If so, you must attach a copy of the grievance and response to this Complaint form.

C. <u>Formal Grievance</u> (Request for Administrative Remedy or Appeal)

1. Did you have a disciplinary hearing concerning this matter? Yes ( ) No (✓)

2. If so, you must attach a copy of the disciplinary report and disciplinary committee's findings and decision to this Complaint form.

3. Did you submit a formal grievance (Form DC1-303)? Yes ( ) No (✓)

4. If so, you must attach a copy of the grievance and response to this Complaint form.

D. <u>Appeal to the Office of the Secretary</u> (Request for Administrative Remedy or Appeal)

1. Did you submit an appeal to the Office of the Secretary (Form DC1-303)? Yes ( ) No (✓)

2. If so, you must attach a copy of the appeal and response to this Complaint form.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING ANSWERS TO THE QUESTIONS IN THIS SECTION ARE TRUE AND CORRECT.**

Signed this _Second_ day of _December_, 2 _009_.

_Duvaine B Copeland_
Signature of Plaintiff

III. **DOES YOUR COMPLAINT CONCERN EVENTS IN A COUNTY JAIL OR LOCAL FACILITY?** Yes ( ) No (✓)

If your answer is YES, answer the following questions.

A. Is there a grievance procedure at your institution or jail? Yes (✓) No ( )

B. Did you present the facts relating to your Complaint in the grievance procedure? Yes ( ) No (✓)

C. If your answer is YES:

1. What steps did you take? _____N/A_____

2. What were the results? _____N/A_____

3. To demonstrate exhaustion, you must submit copies of all relevant grievances/appeals and responses.

D. If your answer is NO, explain why not: _____What happen to didn't happen in jail_____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING ANSWERS TO THE QUESTIONS IN THIS SECTION ARE TRUE AND CORRECT.

Signed this _Second_ day of _December_, 20_09_.

_Duvaine B Copeland_
Signature of Plaintiff

IV. **PREVIOUS LAWSUITS:**

A. Have you initiated other lawsuits in <u>state</u> <u>court</u> dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof?
Yes ( ) No (✓)

B. Have you initiated other lawsuits in <u>federal</u> <u>court</u> dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof?
Yes (✓) No ( )

C. If your answer to either A or B is YES, describe each lawsuit in the space provided below. If there is more than one lawsuit, describe all additional lawsuits on a separate piece of paper, using the same format as below.

1. Parties to previous lawsuit:

   Plaintiff(s): Dwaine B Copeland

   Defendant(s): Officer Micheal Page And Bradenton Police Department

2. Court (if federal court, name the district; if state court, name the county): United States District Court Middle District of Fl.

3. Docket Number: I don't have this information At this time.

4. Name of judge: Same As number 3

5. Briefly describe the facts and basis of the lawsuit: Officer Page Jumped on me And Arrested me for just walking in the road.

6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?): Case was Dissmissed Because I didn't Pay the filing fee onces I was release from jail

7. Approximate filing date: May 15, 2008

8. Approximate disposition date: don't No

D. Have you initiated lawsuits or appeals from lawsuits in federal court that have been dismissed as frivolous, malicious or for failure to state a claim upon which relief may be granted? If so, identify theses suits below by providing the case number, the style, and the disposition of each case:

DC 225 (Rev. 9/03)                          5

_____
_____
_____
_____
_____

V.  PARTIES: In part A of this section, indicate your <u>full name</u> in the first blank and your full mailing address in the second blank. Do the same for each additional Plaintiff named in the Complaint (if any) in part B of this section:

A.  Name of Plaintiff: _Dwaine B Copeland_____
    Mailing address: _501 9 AVE E Bradenton Fl. 34208___

B.  Additional Plaintiffs: _____
    _____
    _____

In part C of this section, indicate the <u>full name</u> of the first named Defendant. Also, fill in his or her mailing address, position, and where he or she is employed. For any additional Defendants, use parts D through G of this section for the names, addresses, positions and places of employment:

C.  Defendant: _Officer Micheal Page_____
    Mailing Address: _P.O Box 9027_____
    _Bradenton Fl. 34206_____
    Position: _Police officer_____
    Employed at: _Bradenton police Department____

D.  Defendant: _____
    Mailing Address: _____
    _____
    Position: _____
    Employed at: _____

E.  Defendant: _____

   Mailing Address: _____

   _____

   Position: _____

   Employed at: _____

F.  Defendant: _____

   Mailing Address: _____

   _____

   Position: _____

   Employed at: _____

G.  Defendant: _____

   Mailing Address: _____

   _____

   Position: _____

   Employed at: _____

## STATMent of CLAim

VI. Officer M. Page came into my home Illegally I didn't let him in and he didn't have a search or a capices warrant for my arrested He state in the Probable case Affadvit in found me in my bathroom fourth Amendment violation Illegal search And seizures

I was Arrested and taken to jail for a Burglary charges that cruel And unsual punishment Considering that I file a civil rights complaint on officer Page Just six mounts before he Illegally came in my house. Eighth Amendment violation

To be taken to jail And to set jail for some a crime I didnt do is Excessive punishment Article 1 setion 17 And Also by me being taken to jail violates Article 1 Section 2 Basic rights right to enjoy and defend life and liberty to pursue happiness

Officer M page came into my house what is a invasion of privecy frist Amendment

VI. **STATEMENT OF CLAIM**: State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. Any claim that is not related to the same basic incident or issue must be addressed in a separate Civil Rights Form.

Fourth Amendment Illegal search and seizures Eighth Amendment cruel and uncial punishment Article 1 Basic rights right to enjoy and defend life and liberty to pursue happiness. Article 1 23. Right of privacy Article 1 section 17 Excessive punishments

VII. **STATEMENT OF FACTS**: State as briefly as possible the FACTS of your case. Describe how each defendant was involved. **Do not make any legal arguments or cite any cases or statutes.** State with as much specificity as possible the facts in the following manner:

1. Name and position of person(s) involved.
2. Date(s).
3. Place(s).
4. Fact(s) or event(s) giving rise to your claim, including involvement of each defendant.
5. Nature and extent of injury (i.e., physical injury or how you were harmed by the acts of the defendant(s)).

Officer Page. Police Officer 10/13/09 501 9AVE E Bradenton Fl. 34208 Officer page came it my house without a capus warrant or a search warrant and search my house with his own pull into he find me and Arrested for burglary. After i filed a civil right complaint against him and Bradenton police Department Officer page Illegal enter my home and Arrested on a charged that didn't happen The state didn't file charges on the Burglary

**Statement of Facts, continued:**

charge Because it didn't happen This is the second time I have been Arrested by Officer Page in the same Year. The officer had no legal right to Enter my home and Arrested me.

VIII. <u>RELIEF REQUESTED</u>: State briefly what you want the Court to do for you. Again, do not make any legal arguments or cite any cases or statutes.

The sum of $500,000 thousand Dollar To just Come in a man house And take him to jail Anit right.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Signed this Second day of December, 2009.

Duvaine B Copeland

(Signatures of all Plaintiffs)

DC 225 (Rev. 9/03)                    10